CITIZENS BANK OF BULLOCHVILLE v. MITCHAM et al.

PER CURIAM. Upon careful consideration of the decision, and of the record, which we are called upon to review, we are satisfied that the decision rendered by the Court of Appeals correctly decides all of the points in issue, which are excepted to in the petition for certiorari.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Hines, J., who dissent.*

No. 5253. FEBRUARY 19, 1927.

Certiorari; from Court of Appeals. 34 *Ga. App.* 707.

*J. F. Hatchett* and *R. A. McGraw,* for plaintiff.

*H. H. Revill, M. Z. O'Neal, W. R. Jones, N. F. Culpepper, J. P. Atkinson, W. E. Smith, Terrell & Terrell,* and *A. L. Hardy,* for defendants.